# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANDRA GORDON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAIME CARDONA, an individual; TARGET CORPORATION, INC., a Minnesota Corporation licensed to do business in California; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-8387 JAK (KSx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION AND WAIVERS OF RIGHTS TO APPEAL AND/OR TO RECOVER FEES AND COSTS**<br><br>**JS-6** |

IT IS HEREBY ORDERED that the Stipulation is **GRANTED**. The above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear his, her, its own fees and costs, including, but not limited to, attorney's fees, experts' fees, and any other costs with litigation.

IT IS SO ORDERED.

Dated: December 28, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE